B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jones, Hosanna L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Hosanna Johnson; FKA Hosanna Farr; AKA Hosanna Mahaley; DBA Dovie Properties; FKA Hosanna Mahaley-Johnson** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9392** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1645 Downs Drive<br>Calumet City, IL**<br>ZIP Code **60409** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1200 Ring Road #1713<br>Calumet City, IL**<br>ZIP Code **60409** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Hosanna L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Alvin M. Foreman</b>          <b>May  8, 2014</b><br>Signature of Attorney for Debtor(s)          (Date)<br><b>Alvin M. Foreman 6255937</b></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Jones, Hosanna L**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Hosanna L Jones**
Signature of Debtor  **Hosanna L Jones**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May  8, 2014**
Date

---

### Signature of Attorney*

X **/s/ Alvin M. Foreman**
Signature of Attorney for Debtor(s)

**Alvin M. Foreman 6255937**
Printed Name of Attorney for Debtor(s)

**Alvin Foreman, Attorney at Law**
Firm Name

**10540 S. Western Ave., Ste. 501B
Chicago, IL 60643**

_____
Address

                          **Email: alvin@alvinforeman.com**
**773-429-0400  Fax: 773-429-0410**
Telephone Number

**May  8, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hosanna L Jones**                                                    Case No. _____
                                                    Debtor(s)                Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    __/s/ Hosanna L Jones_____
                                      Hosanna L Jones

Date:    __May  8, 2014_____

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Hosanna L Jones**                                            ,        Case No. _____
                                     Debtor

                                                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 587,064.50 | | |
| B - Personal Property | Yes | 5 | 18,182.28 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 876,835.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 40,173.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 227,706.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 4,139.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,617.84 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 605,246.78 | | |
| Total Liabilities | | | | 1,144,714.42 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Hosanna L Jones**

_____,
                                    Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Hosanna L Jones**                                                                              ,    Case No. _____
                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Three-story, four-unit apartment building (one unit with 3 BRs/1BA, one unit with 3BRs/2 BAs, and two units with 1BR/1BA) on a 5,000 SF lot in Cook County, IL. One unit is occupied by Debtor and her family as her residence and the remaining three units are vacant and require rehabilitation to be made rentable. Debtor and Debtor's spouse jointly own this property as tenants by the entireties. PIN: 29-01-423-012-0000 Location: 1645 Downs Drive, Calumet City IL 60409** | **Fee simple** | - | **17,064.50** | **16,698.14** |
| **Two adjacent parcels in Cuyahoga County, Ohio:** | **Fee simple** | - | **116,000.00** | **178,593.84** |
| **Parcel 1: Two-story, eight-unit apartment building (four units with 2BRs/1BA and four units with 1BR/1BA) on a 5,980 SF lot in Cuyahoga County, Ohio. One unit is occupied and the remaining units are vacant and require rehabilitation to be made rentable. Current value of Debtor's interest in this parcel, without deducting any secured claim or exemption is $58,000. PPN: 110-02-003. Location: 11710 St. Clair, Cleveland, OH 44108** | | | | |
| **Parcel 2: Two-story, eight-unit apartment building (4 units with 2BRs/1BA and 4 units with 1BR/1BA) on a 5,418 SF lot in Cuyahoga County, Ohio. One unit is occupied by a tenant and the remaining units are vacant and require rehabilitation to be made rentable. Current value of Debtor's interest in this parcel, without deducting any secured claim or exemption is $58,000. PPN: 110-02-002. Location: 11712 St. Clair, Cleveland, OH 44108** | | | | |
| **Two-story single family home with 5 bedrooms and 5 bathrooms on a 21,660 SF lot located in Fulton County, Georgia. The property is vacant and Debtor is seeking lender approval for a short sale. Parcel ID #09C-1100-0043-102-8 Location: 3485 Davis Blvd., Atlanta, GA 30349** | **Fee simple** | - | **220,000.00** | **367,319.27** |
| | Sub-Total > | | **353,064.50** | (Total of this page) |

___1___  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Hosanna L Jones**                                    ,    Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Two-story single family townhome with 3 bedrooms and 3.5 bathrooms on a 1,970 SF lot located in Cook County, IL.  The property is occupied by a tenant.** <br>**PIN 20-02-106-048-0000** <br>**Location: 4001 S. Drexel Blvd., Chicago, IL  60653** | **Fee simple** | - | **234,000.00** | **261,451.46** |
| **Debtor's time share interest in Sauk County, WI, to wit: 105,000/44,369,000 undivided fee simple absolute interest in Units 200, 201, 202, 203, 204, 205, 206, and 207 in Building 1, as a tenant in common with the other undivided interest owners of said units in Fairfield Wisconsin Dells at Tamarack, A Condominium.  This property is a biennial ownership interest and has been allocated 210,000 points for Debtor's use in even years under timeshare contract #000240518860 with Wisconsin Dells Vacation Owners Association, managed by Wyndham Vacation Resorts, Inc.** <br>**Location: 600 State Highway 23, Wisconsin Dells, WI  53965** | **Fee simple** | - | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **234,000.00** | (Total of this page) |
| Total > | **587,064.50** |  |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Hosanna L Jones**                                                    ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand**<br>Location: On debtor's person. | - | 36.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank personal checking account ending in 0126 owned jointly by Debtor and Debtor's spouse**<br>Location: PO Box 659754, San Antonio, TX 78265 - 9754 | - | 217.98 |
| | | **JP Morgan Chase Bank business checking account ending in 3675 titled in the names of Debtor and Debtor D/B/A Dovie Properties.  This account is owned jointly by Debtor and Debtor's spouse.**<br>Location: P O Box 659754, San Antonio, TX 78265 - 9754 | - | 38.84 |
| | | **Credit balance on USAA Savings Bank credit card account ending in 3525 owned solely by Debtor**<br>Location: 10750 McDermott Freeway, San Antonio, TX 78288-0544 | - | 56.08 |
| | | **USAA checking account ending in 3985 titled solely in the name of Debtor.  Account is frozen.**<br>Location: 10750 McDermott Freeway, San Antonio, TX  78288-0544 | - | 204.38 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Bed, television, computer, cell phone, and dishes, no individual item worth more than $575. (Note: Debtor's home is primarily furnished with furniture and furnishings owned by her spouse prior to their marriage).**<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | 450.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >       **1,003.28**
(Total of this page)

___4___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hosanna L Jones**                                                                ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | | Used women's clothing, no individual item worth more than $575.<br>Location: 1645 Downs Drive, Calumet City IL 60409 and on Debtor's person | - | 1,000.00 |
| 7.  Furs and jewelry. | | Wedding ring<br>Location: On debtor's person | - | 7,000.00 |
| | | Used costume jewelry ($250), used mink fur jacket ($400), used rabbit/fox blend fur jacket ($200)<br><br>Location (costume jewelry): On debtor's person and 1645 Downs Drive, Calumet City IL 60409<br>Location (furs): 1645 Downs Drive, Calumet City IL 60409 | - | 850.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | West Coast Life Insurance Company term life insurance policy on the life of the Debtor with death benefit of $1,000,000 and no cash value.<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | Unknown |
| | | USAA Life Insurance Company term life insurance policy on the life of the Debtor with death benefits of $1,000,000 and no cash value.  This policy has riders insuring the lives of the Debtor's son and daughter with death benefits of $25,000 for each insured, with proceeds payable to Debtor.<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | Unknown |
| | | Endurance American Specialty property insurance policy on Debtor's real estate located at 11710 - 11712 St. Clair, Cleveland, OH  44108<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | Unknown |
| | | USAA property and liability insurance policy on Debtor's real estate located at 3485 Davis Blvd., Atlanta, GA  30349<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | Unknown |
| | | USAA property and liability insurance policy on Debtor's real estate located at 4001 Drexel Blvd., Chicago, IL  60653<br>Location: 1645 Downs Drive, Calumet City IL 60409 | - | Unknown |

Sub-Total >     **8,850.00**
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hosanna L Jones**                                                                 ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | USAA property and liability insurance policy on Debtor's real estate located at 1645 Downs Drive, Calumet City IL 60409 **Location: 1645 Downs Drive, Calumet City IL 60409** | - | Unknown |
| | | USAA automobile insurance policy on Debtor's Toyota Camry **Location: 1645 Downs Drive, Calumet City IL 60409** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% ownership interest in Dovie Properties (Debtor's assumed business name), a real estate management company owned jointly by Debtor and Debtor's spouse. Dovie Properties has no employees and has no office space separate from Debtor's home. All business assets are itemized elsewhere on this Schedule B. The mailing address for Dovie Properties is a U.S. Postal Service mailbox located at 1200 Ring Road #1713, Calumet City, Illinois 60409. | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Debtor's ex-spouse Samuel Johnson owes Debtor $2,500 pursuant to a property settlement agreement. Probability of collection is low based on poor financial condition of Debtor's ex-spouse. | - | Unknown |

Sub-Total >          **0.00**
(Total of this page)

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Hosanna L Jones**                                            ,   Case No. _____

                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor's former tenants Juwanna Bethley (A/K/A Chyna Bethley) and Andre Bethley owe Debtor $1,400 for unpaid rent pursuant to a judgment order. Probability of collection is low based upon Debtor's unsuccessful collection attempts to date.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Cook County, Illinois property tax appeal refund for possibly overcharged property taxes at Debtor's residence at 1645 Downs Drive, Calumet City IL 60409.  Debtor has not yet filed a property tax appeal.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Internet domain name "dovieproperties.com"** | - | **Unknown** |
| | | **Business goodwill for assumed business name "Dovie Properties".** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota Camry with 184,782 miles in good condition**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** | - | **6,351.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **6,351.00**
(Total of this page)

Sheet  __3__  of  __4__   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hosanna L Jones** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor has an insurance claim pending with her automobile insurance company USAA for property damage to her 2007 Toyota Camry automobile.  The insurance company will directly pay the repair shop after Debtor pays the insurance deductible.** | - | **Unknown** |
| | | **Debtor has an insurance claim pending with her property insurance company USAA for her husband's stolen wedding ring (appraised value $1,978), which is covered under Debtor's property insurance policy.** | - | **1,978.00** |

Sub-Total >    **1,978.00**
(Total of this page)

Total >    **18,182.28**

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Hosanna L Jones** _____ ,   Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Three-story, four-unit apartment building (one unit with 3 BRs/1BA, one unit with 3BRs/2 BAs, and two units with 1BR/1BA) on a 5,000 SF lot in Cook County, IL.  One unit is occupied by Debtor and her family as her residence and the remaining three units are vacant and require rehabilitation to be made rentable.  Debtor and Debtor's spouse jointly own this property as tenants by the entireties.**<br>**PIN: 29-01-423-012-0000**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** | **11 U.S.C. § 522(d)(1)**<br>**11 U.S.C. § 522(d)(5)** | **100% of FMV**<br>**Claimed in the alternative:**<br>**100% of FMV** | **34,129.00** |
| **Two-story single family home with 5 bedrooms and 5 bathrooms on a 21,660 SF lot located in Fulton County, Georgia.  The property is vacant and Debtor is seeking lender approval for a short sale.**<br>**Parcel ID #09C-1100-0043-102-8**<br>**Location: 3485 Davis Blvd., Atlanta, GA  30349** | **11 U.S.C. § 522(d)(5)** | **10.00** | **220,000.00** |
| **Debtor's time share interest in Sauk County, WI, to wit: 105,000/44,369,000 undivided fee simple absolute interest in Units 200, 201, 202, 203, 204, 205, 206, and 207 in Building 1, as a tenant in common with the other undivided interest owners of said units in Fairfield Wisconsin Dells at Tamarack, A Condominium.  This property is a biennial ownership interest and has been allocated 210,000 points for Debtor's use in even years under timeshare contract #000240518860 with Wisconsin Dells Vacation Owners Association, managed by Wyndham Vacation Resorts, Inc.**<br>**Location: 600 State Highway 23, Wisconsin Dells, WI  53965** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Cash on Hand** | | | |
| **Cash on hand**<br>**Location: On debtor's person.** | **11 U.S.C. § 522(d)(5)** | **36.00** | **36.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JP Morgan Chase Bank personal checking account ending in 0126 owned jointly by Debtor and Debtor's spouse**<br>**Location: PO Box 659754, San Antonio, TX 78265 - 9754** | **11 U.S.C. § 522(d)(5)** | **217.98** | **435.95** |

___3___   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Hosanna L Jones**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **JP Morgan Chase Bank business checking account ending in 3675 titled in the names of Debtor and Debtor D/B/A Dovie Properties. This account is owned jointly by Debtor and Debtor's spouse.**<br>**Location: P O Box 659754, San Antonio, TX 78265 - 9754** | **11 U.S.C. § 522(d)(5)** | **38.84** | **77.68** |
| **Credit balance on USAA Savings Bank credit card account ending in 3525 owned solely by Debtor**<br>**Location: 10750 McDermott Freeway, San Antonio, TX 78288-0544** | **11 U.S.C. § 522(d)(5)** | **56.08** | **56.08** |
| **USAA checking account ending in 3985 titled solely in the name of Debtor.  Account is frozen.**<br>**Location: 10750 McDermott Freeway, San Antonio, TX  78288-0544** | **11 U.S.C. § 522(d)(5)** | **204.38** | **204.38** |
| **Household Goods and Furnishings**<br>**Bed, television, computer, cell phone, and dishes, no individual item worth more than $575. (Note: Debtor's home is primarily furnished with furniture and furnishings owned by her spouse prior to their marriage).**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** | **11 U.S.C. § 522(d)(3)** | **100% of FMV** | **450.00** |
| **Wearing Apparel**<br>**Used women's clothing, no individual item worth more than $575.**<br>**Location: 1645 Downs Drive, Calumet City IL 60409 and on Debtor's person** | **11 U.S.C. § 522(d)(3)** | **100% of FMV** | **1,000.00** |
| **Furs and Jewelry**<br>**Wedding ring**<br>**Location: On debtor's person** | **11 U.S.C. § 522(d)(4)**<br>**11 U.S.C. § 522(d)(5)** | **22% of FMV**<br>**78% of FMV** | **7,000.00** |
| **Used costume jewelry ($250), used mink fur jacket ($400), used rabbit/fox blend fur jacket ($200)**<br><br>**Location (costume jewelry): On debtor's person and 1645 Downs Drive, Calumet City IL 60409**<br>**Location (furs): 1645 Downs Drive, Calumet City IL 60409** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **850.00** |
| **Interests in Insurance Policies**<br>**West Coast Life Insurance Company term life insurance policy on the life of the Debtor with death benefit of $1,000,000 and no cash value.**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** | **11 U.S.C. § 522(d)(7)** | **100% of FMV** | **Unknown** |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Hosanna L Jones**
_____,    Case No. _____
                                  Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **USAA Life Insurance Company term life insurance policy on the life of the Debtor with death benefits of $1,000,000 and no cash value. This policy has riders insuring the lives of the Debtor's son and daughter with death benefits of $25,000 for each insured, with proceeds payable to Debtor.** Location: 1645 Downs Drive, Calumet City IL 60409 | **11 U.S.C. § 522(d)(7)** | **100% of FMV** | **Unknown** |
| **Stock and Interests in Businesses** **50% ownership interest in Dovie Properties (Debtor's assumed business name), a real estate management company owned jointly by Debtor and Debtor's spouse. Dovie Properties has no employees and has no office space separate from Debtor's home. All business assets are itemized elsewhere on this Schedule B. The mailing address for Dovie Properties is a U.S. Postal Service mailbox located at 1200 Ring Road #1713, Calumet City, Illinois 60409.** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Alimony, Maintenance, Support, and Property Settlements** **Debtor's ex-spouse Samuel Johnson owes Debtor $2,500 pursuant to a property settlement agreement. Probability of collection is low based on poor financial condition of Debtor's ex-spouse.** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** **Debtor's former tenants Juwanna Bethley (A/K/A Chyna Bethley) and Andre Bethley owe Debtor $1,400 for unpaid rent pursuant to a judgment order. Probability of collection is low based upon Debtor's unsuccessful collection attempts to date.** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Other Contingent and Unliquidated Claims of Every Nature** **Potential Cook County, Illinois property tax appeal refund for possibly overcharged property taxes at Debtor's residence at 1645 Downs Drive, Calumet City IL 60409. Debtor has not yet filed a property tax appeal.** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Licenses, Franchises, and Other General Intangibles** **Internet domain name "dovieproperties.com"** | **11 U.S.C. § 522(d)(6)** **11 U.S.C. § 522(d)(5)** | **100% of FMV** **100% of FMV** | **Unknown** |
| **Business goodwill for assumed business name "Dovie Properties".** | **11 U.S.C. § 522(d)(6)** **11 U.S.C. § 522(d)(5)** | **100% of FMV** **100% of FMV** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2007 Toyota Camry with 184,782 miles in good condition** Location: 1645 Downs Drive, Calumet City IL 60409 | **11 U.S.C. § 522(d)(2)** **11 U.S.C. § 522(d)(5)** | **100% of FMV Claimed in the alternative (100% of FMV)** | **6,351.00** |

Sheet **2** of **3** continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Hosanna L Jones**
_____,      Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Debtor has an insurance claim pending with her automobile insurance company USAA for property damage to her 2007 Toyota Camry automobile.  The insurance company will directly pay the repair shop after Debtor pays the insurance deductible.** | **11 U.S.C. § 522(d)(5)** | **100% of FMV** | **Unknown** |
| **Debtor has an insurance claim pending with her property insurance company USAA for her husband's stolen wedding ring (appraised value $1,978), which is covered under Debtor's property insurance policy.** | **11 U.S.C. § 522(d)(5)** | **1,978.00** | **1,978.00** |

|  | Total: | **23,091.01** | **272,568.09** |
|---|---|---|---|

Sheet ___**3**___ of ___**3**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Hosanna L Jones**                                                                    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000** <br><br> **Cook County Treasurer** <br> **118 North Clark Street, Room 112** <br> **Chicago, IL 60602** | X | - | 2012 and 2013 <br><br> Statutory Lien <br><br> Apartment building in Cook County, IL. <br> PIN: 29-01-423-012-0000 <br> Location: 1645 Downs Drive, Calumet City IL 60409 | | | X | 16,698.14 | 0.00 |
| | | | Value $                          34,129.00 | | | | | |
| Account No. **xxx-x2-003** <br><br> **Cuyahoga County Treasurer** <br> **1219 Ontario Street** <br> **Cleveland, OH 44113** | | - | 2013 <br> Statutory Lien <br> Apartment building in Cuyahoga County, Ohio.  Current value of Debtor's interest in this parcel, without deducting any secured claim or exemption is $58,000. <br> PPN: 110-02-003. Location: 11710 St. Clair, Cleveland, OH  44108 | | | | 2,255.84 | 0.00 |
| | | | Value $                         116,000.00 | | | | | |
| Account No. **xxx-x2-002** <br><br> **Cuyahoga County Treasurer** <br> **1219 Ontario Street** <br> **Cleveland, OH 44113** | | - | 2013 <br> Statutory Lien <br> Apartment building in Cuyahoga County, Ohio.  Current value of Debtor's interest in this parcel, without deducting any secured claim or exemption is $58,000. <br> PPN: 110-02-002. Locations: 11712 St. Clair, Cleveland, OH  44108 | | | | 2,367.58 | 0.00 |
| | | | Value $                         116,000.00 | | | | | |
| Account No. **Unknown** <br><br> **First Insurance Funding** <br> **450 Skokie Blvd** <br> **Northbrook, IL 60062** | | - | 02/2014 <br> Purchase Money Security <br> Endurance American Specialty property insurance policy on Debtor's real estate located at 11710 - 11712 St. Clair, Cleveland, OH  44108 <br> Location: 1645 Downs Drive, Calumet City IL 60409 | | | | 4,210.53 | Unknown |
| | | | Value $                              Unknown | | | | | |

**2** ____ continuation sheets attached

Subtotal
(Total of this page)

| 25,532.09 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hosanna L Jones**                                                ,        Case No. _____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxx6363 **Geauga Savings Bank** 10800 Kinsman Road Newbury, OH 44065 | - | | | | 07/2005 **First Mortgage** **Two apartment buildings in Cuyahoga County, Ohio.  PPNs: 110-02-003 and 110-02-002. Locations: 11710 St. Clair and 11712 St. Clair, Cleveland, OH 44108** | | | | | |
| | | | | | Value $                116,000.00 | | | | 176,338.00 | 64,961.42 |
| Account No. xx-xxxxx-xxxxx-xx57-00 **Illinois Title Loans, Inc.** 473 Torrence Avenue Calumet City, IL 60409 | - | | | | 02/2014 **Non-Purchase Money Security** **2007 Toyota Camry with 184,782 miles in good condition** **Location: 1645 Downs Drive, Calumet City IL 60409** | | | | | |
| | | | | | Value $                  6,351.00 | | | | 3,816.70 | 0.00 |
| Account No. xxx-xx-9392 **Internal Revenue Service** Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | - | | | | 2007 **Statutory Lien** **All property and rights to property of the Debtor pursuant to Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien is disputed because underlying tax debt is disputed in Tax Court.** | | | X | | |
| | | | | | Value $                34,129.00 | | | | 17,874.87 | 0.00 |
| Account No. xxx-xx-9392 **Internal Revenue Service** Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | - | | | | 2008 **Statutory Lien** **All property and rights to property of the Debtor pursuant to Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien is disputed because underlying tax debt is disputed in Tax Court.** | | | X | | |
| | | | | | Value $                34,129.00 | | | | 19,889.34 | 0.00 |
| Account No. xxx-xx-9392 **Internal Revenue Service** Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | - | | | | 2010 **Statutory Lien** **All property and rights to property of the Debtor pursuant to Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien is disputed because underlying tax debt has been satisfied.** | | | X | | |
| | | | | | Value $                34,129.00 | | | | 4,613.29 | 0.00 |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

222,532.20          64,961.42

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Hosanna L Jones**                                                                    ,    Case No. _____

                                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0477**<br><br>**Ocwen Loan Servicing, LLC**<br>**PO Box 780**<br>**3951 Hammond Ave.**<br>**Waterloo, IA 50704-0780** | | - | 10/2012<br>**Mortgage**<br>**Single family home in Fulton County, Georgia.**<br>**Parcel ID #09C-1100-0043-102-8**<br>**Location: 3485 Davis Blvd., Atlanta, GA 30349** | | | | | |
| | | | Value $           **220,000.00** | | | | **331,879.00** | **111,879.00** |
| Account No. **xxxxxx0522**<br><br>**Ocwen Loan Servicing, LLC**<br>**PO Box 780**<br>**3951 Hammond Ave.**<br>**Waterloo, IA 50704-0780** | | - | 10/2012<br>**First Mortgage**<br>**Single family townhome in Cook County, IL.**<br>**PIN 20-02-106-048-0000**<br>**Location: 4001 S. Drexel Blvd., Chicago, IL  60653** | | | | | |
| | | | Value $           **234,000.00** | | | | **196,009.00** | **0.00** |
| Account No. **xxxx4993**<br><br>**USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-9876** | | - | 03/2007<br>**Second Mortgage**<br>**Single family townhome in Cook County, IL.**<br>**PIN 20-02-106-048-0000**<br>**Location: 4001 S. Drexel Blvd., Chicago, IL  60653** | | | | | |
| | | | Value $           **234,000.00** | | | | **65,442.46** | **27,451.46** |
| Account No. **xxxx3114**<br><br>**USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, TX 78288-9876** | | - | 05/2007<br>**Second Mortgage**<br>**Single family home in Fulton County, Georgia.**<br>**Parcel ID #09C-1100-0043-102-8**<br>**Location: 3485 Davis Blvd., Atlanta, GA 30349** | | | | | |
| | | | Value $           **220,000.00** | | | | **35,440.27** | **35,440.27** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **628,770.73** | **174,770.73** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **876,835.02** | **239,732.15** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **Hosanna L Jones**                                                    Case No. _____
                                                     ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>2</u>_     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Hosanna L Jones**                                                    ,    Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-9392**<br><br>**D.C. Office of Tax and Revenue**<br>**1101 4th Street, SW, Suite 270 West**<br>**Washington, DC 20024** | - | | **2011, 2012, 2013**<br><br>**Individual income tax debt** | | X | | Unknown | Unknown | Unknown |
| Account No. **xxx-xx-9392**<br><br>**Georgia Department of Revenue**<br>**Processing Center**<br>**PO Box 740380**<br>**Atlanta, GA 30374-0380** | - | | **2010**<br><br>**Individual income tax debt** | | X | | Unknown | Unknown | Unknown |
| Account No. **xxx-xx-9392**<br><br>**Illinois Department of Revenue**<br>**PO Box 1040**<br>**Galesburg, IL 61402-1040** | - | | **2013**<br><br>**Individual income tax debt** | | X | | Unknown | Unknown | Unknown |
| Account No. **xxx-xx-9392**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | - | | **2012**<br><br>**Federal income tax liability** | | | | 39,633.00 | 0.00 | 39,633.00 |
| Account No. **xxx-xx-9392**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | - | | **2013**<br><br>**Federal income tax liability** | | X | | Unknown | Unknown | Unknown |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 39,633.00 | 0.00 |
| (Total of this page) | | 39,633.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **Hosanna L Jones**                                         ,    Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **1941960**  Municipal Collections of America 3348 Ridge Road Lansing, IL 60438-3112 | - | | | 2013  Municipal code violation | | | X | 67.50 | 0.00  67.50 |
| Account No. **xxx1958**  Municipal Collections of America 3348 Ridge Road Lansing, IL 60438-3112 | - | | | 2013  Municipal code violation | | | X | 337.50 | 0.00  337.50 |
| Account No. **xxx1959**  Municipal Collections of America 3348 Ridge Road Lansing, IL 60438-3112 | - | | | 2013  Municipal code violation | | | X | 135.00 | 0.00  135.00 |
| Account No. **xxx-xx-9392**  NY Dept of Taxation and Finance State Processing Center PO Box 61000 Albany, NY 12261-0001 | - | | | 2010  Individual income tax debt | | X | | Unknown | Unknown  Unknown |
| Account No. **xxx-xx-9392**  Wisconsin Department of Revenue P.O. Box 59 Madison, WI 53785-0001 | - | | | 2010  Individual income tax debt | | X | | Unknown | Unknown  Unknown |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 540.00 | 0.00  540.00 |
| Total (Report on Summary of Schedules) | 40,173.00 | 0.00  40,173.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Hosanna L Jones**                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7121**  <br><br>**ACS**  <br>**PO Box 7051**  <br>**Utica, NY 13504-7501** | | - | | **03/2006**  <br>**Student loan** | | | | **17,565.19** |
| Account No. **xxxxxx7122**  <br><br>**ACS**  <br>**PO Box 7051**  <br>**Utica, NY 13504-7501** | | - | | **05/2005**  <br>**Student loan** | | | | **18,735.07** |
| Account No. **xxxxx9424**  <br><br>**ADT Security Services**  <br>**Account Services Team**  <br>**14200 E. Exposition Avenue**  <br>**Aurora, CO 80012-2540** | | - | | **Various dates**  <br>**Security alarm service** | | | | **383.06** |
| Account No. **x-xxxx-xxx1604**  <br><br>**Allied Waste Services**  <br>**PO Box 9001154**  <br>**Louisville, KY 40290-1154** | | - | | **Various dates**  <br>**Trash removal service** | | | | **342.12** |

___9___ continuation sheets attached

Subtotal
(Total of this page)                                    **37,025.44**

5/09/14 12:59AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hosanna L Jones**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx7455**<br><br>**AT&T Mobility - ROC**<br>**PO Box 537104**<br>**Atlanta, GA 30353-7104** | - | | | **Various dates**<br>**Cellular telephone service** | | | | 471.21 |
| Account No. **xxxx-xxxxxx-x9784**<br><br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998-2235** | - | | | **Various dates**<br>**Credit card purchases** | | | | 3,942.13 |
| Account No. **xxxx-xxxx-xxxx-3181**<br><br>**Barclays Bank Delaware**<br>**PO Box 8802**<br>**Wilmington, DE 19899-8802** | - | | | **Various dates**<br>**Credit card purchases** | | | | 19,439.88 |
| Account No. **xxxxxx0000**<br><br>**City of Cleveland Division of Water**<br>**PO Box 94540**<br>**Cleveland, OH 44101-4540** | - | | | **Various dates**<br>**Water charges** | | | | 1,237.82 |
| Account No. **xxxxxx0000**<br><br>**City of Cleveland Division of Water**<br>**PO Box 94540**<br>**Cleveland, OH 44101-4540** | - | | | **Various dates**<br>**Water charges** | | | | 462.07 |

Sheet no. __**1**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,553.11

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                                      ,    Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6020**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | - | | **Various dates**<br>**Utility charges** | | | | 4,983.08 |
| Account No. **xxxxxx6079**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | - | | **Various dates**<br>**Utility charges** | | | | 306.21 |
| Account No. **xxxxxx5050**<br><br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | - | | **Various dates**<br>**Utility charges** | | | | 822.12 |
| Account No. **xxxxxxxx9176**<br><br>**Dominion East Ohio**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785** | - | | **Various dates**<br>**Utility charges** | | | | 335.20 |
| Account No. **xxxxxxxx2285**<br><br>**Dominion East Ohio**<br>**PO Box 26785**<br>**Richmond, VA 23261-6785** | - | | **Various dates**<br>**Utility charges** | | | | 310.67 |

Sheet no. _**2**_ of _**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,757.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                                                                              ,    Case No. _____
                                                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0387** <br><br> **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | - | | **Various dates** <br> **Utility charges** | | | | 100.00 |
| Account No. **xxxxxxxx6195** <br><br> **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | - | | **Various dates** <br> **Utility charges** | | | | 46.41 |
| Account No. **xxxxxxxx6265** <br><br> **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | - | | **Various dates** <br> **Utility charges** | | | | 46.41 |
| Account No. **xxxxxxxx6104** <br><br> **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | - | | **Various dates** <br> **Utility charges** | | | | 46.41 |
| Account No. **xxxxxxxx5900** <br><br> **Dominion East Ohio** <br> **PO Box 26785** <br> **Richmond, VA 23261-6785** | - | | **Various dates** <br> **Utility charges** | | | | 571.52 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

810.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx5114....** | | | | | Various dates Utility charges | | | | |
| **Dominion East Ohio** PO Box 26785 Richmond, VA 23261-6785 | - | | | | | | | X | 22.00 |
| Account No. **x4926** | | | | | 2013 Health care services | | | | |
| **Drs. Pildes & Pierce** 675 W North Ave  Suite 505 Melrose Park, IL 60160-1626 | - | | | | | | | | 140.74 |
| Account No. **xxxxxxxxxxx5165** | | | | | Various dates Credit card purchases | | | | |
| **GE Capital Retail Bank** PO Box 960061 Orlando, FL 32896-0061 | - | | | | | | | | 2,700.41 |
| Account No. **xxxx7149** | | | | | 11/2013 Health care services | | | | |
| **Gottlieb Memorial Hospital** c/o Jill Rappis 2160 S. First Avenue Maywood, IL 60153 | - | | | | | | | | 750.00 |
| Account No. **xx-xxx6011** | | | | | 2012 Student loan | | | | |
| **Great Lakes** PO Box 530229 Atlanta, GA 30353-0229 | - | | | | | | | | 22,000.00 |

Sheet no. __4___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,613.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                                    ,        Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxxx1179 | | | | | 12/2010 Parent PLUS Student Loan | | | | |
| Great Lakes Higer Education PO Box 7860 Madison, WI 53707 | X | - | | | | | | | 21,673.10 |
| Account No. xxxxxxxxxxx2887 | | | | | Various dates Credit card purchases | | | | |
| Home Depot Credit Services PO Box 790328 Saint Louis, MO 63179 | | - | | | | | | | 11,900.49 |
| Account No. xxxxxxxxxxx4885 | | | | | Various dates Credit card purchases | | | | |
| Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179 | | - | | | | | | | 2,102.12 |
| Account No. xxxx5831 | | | | | 2012 Health care services | | | | |
| Ingalls Memorial Hospital PO Box 3397 Chicago, IL 60654 | | - | | | | | | | 50.00 |
| Account No. xxxxxxxxxxx5671 | | | | | Various dates Overdrawn Chase checking account held jointly by Debtor and Debtor's spouse. Subject to setoff against Debtor's JP Morgan Chase Bank checking account ending in 0126. Subject to setoff. | | | | |
| JP Morgan Chase Bank PO Box 659754 San Antonio, TX 78265 | X | - | | | | | | | 81.07 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,806.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2849** <br><br>**Kaiser Foundation Health Plan of OH D/B/A Kaiser Permanente 1001 Lakeside Ave. #1200 Cleveland, OH 44114** | | - | 12/2012 **Health care services** | | | | 50.00 |
| Account No. **xxxxxxxx7456** <br><br>**MB Financial Bank PO Box 6261 Chicago, IL 60680-6261** | X | - | 09/2013 **Business loan** | | | | 9,098.91 |
| Account No. **xxxxxx0004** <br><br>**Northeast Ohio Regional Sewer Dist. PO Box 94550 Cleveland, OH 44101-4550** | | - | **Various dates** **Sewage charges** | | | | 434.43 |
| Account No. **xxxxxx0000** <br><br>**Northeast Ohio Regional Sewer Dist. PO Box 94550 Cleveland, OH 44101-4550** | | - | **Various dates** **Sewage charges** | | | | 1,444.00 |
| Account No. **xxxxxxx1520** <br><br>**Prince - Parker & Assoc. 8625 Crown Crescent Court PO Box 474690** | | - | **Various dates** **Telephone services** | | | | 139.11 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,166.45**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hosanna L Jones**
_____ ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **x-xxxx-xxx2931**<br><br>**Republic Services #224**<br>**PO Box 9001099** | | - | | | **Various dates**<br>**Trash removal services** | | | | 954.17 |
| Account No. **xxxx7925**<br><br>**Rush University Medical Group**<br>**75 Remittance Dr  Dept 1611**<br>**Chicago, IL 60675-1611** | | - | | | **2013**<br>**Health care services** | | | | 113.04 |
| Account No. **xxxxxxx0308****<br><br>**Sallie Mae**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** | **X** | - | | | **01/2012**<br>**Student Loan** | | | | 33,081.00 |
| Account No. **xxxxxxxx0707...**<br><br>**Sallie Mae**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** | **X** | - | | | **01/2013**<br>**Student Loan** | | | | 31,565.00 |
| Account No. **xxxxxxxxxx-xxxx8257**<br><br>**Sullivan Urgent Aid Centers, Ltd.**<br>**c/o Illinois Corporation Service C**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | | - | | | **08/07/2012**<br>**Health care services** | | | | 123.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,836.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hosanna L Jones**                                                    ,   Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0356** <br><br> **The Illuminating Company** <br> **PO Box 3638** <br> **Akron, OH 44309-3638** | - | | Various dates <br> Utility charges | | | | 476.13 |
| Account No. **xxxxxxxx0307** <br><br> **The Illuminating Company** <br> **PO Box 3638** <br> **Akron, OH 44309-3638** | - | | Various dates <br> Utility charges | | | | 439.21 |
| Account No. **xxxxxxxx2489** <br><br> **The Illuminating Company** <br> **PO Box 3638** <br> **Akron, OH 44309-3638** | - | | Various dates <br> Utility charges | | | | 94.76 |
| Account No. **xxxxxxxxxx9977** <br><br> **USAA Credit Card Services** <br> **PO Box 65020** <br> **San Antonio, TX 78265-5020** | - | | Various dates <br> Credit card purchases | | | | 13,986.98 |
| Account No. **xx0949** <br><br> **Walden Park Community Association** <br> **3885 Renaissance Circle** <br> **Atlanta, GA 30349** | - | | Various dates <br> Homeowners association dues | | | | 1,746.15 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,743.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hosanna L Jones**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8860**<br><br>**Wisconsin Dells Vacation OwnersAssn c/o Wyndham Vacation Resorts, Inc. PO Box 98940 Las Vegas, NV 89193-8940** | - | | | **Various dates Timeshare condominium assessments** | | | | **2,394.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**9**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **2,394.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **227,706.40** |

B6G (Official Form 6G) (12/07)

.

In re   **Hosanna L Jones**                                    Case No. _____
_____ ,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Christine McAlpine**<br>**11712 St. Clair #7**<br>**Cleveland, OH 44108** | **Residential lease for a term beginning 12/01/1994 with no stated termination date.  Debtor is lessor. Rent is $550/month, of which Cuyahoga Metropolitan Housing Authority pays $550/month under a Section 8 housing assistance payments contract with Debtor.  Rent payments are current. Debtor intends to assume both the Section 8 housing assistance payments contract and the underlying residential lease.** |
| **Club Wyndham**<br>**12 Wyndham Plus**<br>**PO Box 98940**<br>**Las Vegas, NV 89193-8940** | **Contract for debtor's interest in a timeshare property located in Sauk County, Wisconsin.** |
| **Cuyahoga Metro Housing Authority**<br>**8120 Kinsman Road**<br>**Cleveland, OH 44104-3101** | **Two Housing Assistance Payments contracts executed between Debtor and Cuyahoga Metropolitan Housing Authority whereby Debtor is an approved lessor for two Section 8 tenants in Debtor's Cleveland, OH properties with rent subsidy vouchers issued by Cuyahoga Metropolitan Housing Authority.** |
| **Diane Gaddis**<br>**11710 St. Clair #2**<br>**Cleveland, OH 44108** | **Residential lease for a term beginning 02/01/1995 with no stated termination date.  Debtor is lessor. Rent is $550/month, of which Cuyahoga Metropolitan Housing Authority pays $446/month under a Section 8 housing assistance payments contract with Debtor.  Lessee provides on-site property management services to Debtor in lieu of paying Debtor the remaining $104 balance of monthly rent due.  Rent payments are current. Debtor intends to assume both the Section 8 housing assistance payments contract and the underlying residential lease.** |
| **Nikki Franklin**<br>**4001 S. Drexel Blvd.**<br>**Chicago, IL 60653** | **Residential lease for the period 12/03/2013 through 11/30/2014.  Debtor D/B/A Dovie Properties is lessor.  Rent is $1,900 per month. Rent payments are current.** |

**0**

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Hosanna L Jones**
_____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kerry Jones**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **Cook County Treasurer**<br>**118 North Clark Street, Room 112**<br>**Chicago, IL 60602** |
| **Kerry Jones**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **MB Financial Bank**<br>**PO Box 6261**<br>**Chicago, IL 60680-6261** |
| **Kerry Jones**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **JP Morgan Chase Bank**<br>**PO Box 659754**<br>**San Antonio, TX 78265** |
| **Paige Mahaley**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **Sallie Mae**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** |
| **Paige Mahaley**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **Sallie Mae**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** |
| **Paige Mahaley**<br>**1200 Ring Road #1713**<br>**Calumet City, IL 60409** | **Great Lakes Higer Education**<br>**PO Box 7860**<br>**Madison, WI 53707** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Hosanna L Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | Caregiver for Debtor's spouse | Unemployed disabled adult |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    **Hosanna L Jones**                                          Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ............................................... | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 881.00 | $ 2,458.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 881.00 | $ 2,458.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 881.00 + $ 2,458.00 | = $ 3,339.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    **Household contributions from Debtor's mother**                                          11. +$ 500.00
            **Household contributions from Debtor's daughter**                                              $ 300.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

|  | |
|---|---|
| 12. | $ 4,139.00 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    Debtor's rental properties in Cleveland, Ohio and Chicago, Illinois may be foreclosed upon within one year of this filing.  In that event, Debtor would lose the net rental income from those properties.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Hosanna L Jones** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No  ☑ Yes |
| Mother | 65 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1    **Hosanna L Jones**                                    Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **250.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **75.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **275.00** |
| | 6d. | Other. Specify: **Alarm** | 6d. $ | **40.00** |
| | | **Trash** | $ | **50.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **674.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **210.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **132.00** |
| | 15b. | Health insurance | 15b. $ | **100.00** |
| | 15c. | Vehicle insurance | 15c. $ | **150.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **656.84** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other: Specify:   Debtor's spouse's car payment** | 21. +$ | **550.00** |
| | **Debtor's spouse's student loan payment** | +$ | **175.00** |
| | **Debtor's spouse's separate IRS payment** | +$ | **300.00** |
| | **Debtor's spouse's prescription medicine** | +$ | **100.00** |
| | **Debtor's spouse's gym membership** | +$ | **30.00** |
| | **Debtor's spouse's daughter's car payment** | +$ | **250.00** |
| | **Debtor's spouse's father's car payment** | +$ | **250.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | **5,617.84** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | **4,139.00** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **5,617.84** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-1,478.84** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain: | **Debtor's car title loan payments of $656.84/mo are due to end on 2/14/2015.** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hosanna L Jones**                            Case No. _____
                                       Debtor(s)            Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **35**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May  8, 2014**                       Signature    **/s/ Hosanna L Jones**
                                                         **Hosanna L Jones**
                                                         Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hosanna L Jones** _____
                                    Debtor(s)

Case No. _____
Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $16,780.00 | **2014 YTD: Gross rental Income** |
| $105,000.00 | **2013: Employment at OSSE** |
| $70,400.00 | **2013: Gross rental Income** |
| $179,000.00 | **2012: Employment at OSSE** |
| $74,400.00 | **2012: Gross rental Income** |

B7 (Official Form 7) (04/13)

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,000.00** | **2013: Contributions to household paid to Debtor by Debtor's mother and daughter, who both live with Debtor.** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **USAA Credit Card Services PO Box 65020 San Antonio, TX 78265-5020** | **04/23/2014** | **$1,016.68** | **$0.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hosanna Mahaley, Petitioner v. Commissioner of Internal Revenue, Respondent Docket No. 24247-10S** | **Tax (Debtor seeks innocent spouse relief as to her joint federal individual income tax liability for tax years 2007 and 2008)** | **United States Tax Court Federal Building & U.S. Courthouse, Room 498 517 E. Wisconsin Avenue Milwaukee, WI 53202** | **Pending** |
| **Geauga Savings Bank, Plaintiff v. Hosanna Mahaley-Johnson, Defendant CV 14 819799 (Cuyahoga County, OH)** | **Confession of judgment** | **Judgment entered: Cuyahoga County Court of Common Pleas, 1200 Ontario St., Cleveland, Ohio 44113-1678** | **Judgment** |
| **Geauga Savings Bank, Plaintiff v. Hosanna Mahaley-Johnson, Defendant 2014M1500116 (Cook County, IL)** | | **Registered as a foreign judgment: Circuit Court of Cook County, Municipal Division, First District, 50 West Washington Street, Room 601, Chicago, IL 60602.** | |
| **Geauga Savings Bank, Judgment Creditor v. Hosanna Mahaley-Johnson, Judgment-Debtor (Fulton County, GA) 2014M1500116 (Cook County, IL)** | | **Registered as a foreign judgment: Superior Court of Fulton County, State of Georgia, 136 Pryor Street, S.W., Suite C-640, Atlanta, GA 30303** | |
| **Hosanna Johnson, Landlord (Plaintiff) v. Andre Bethley & Jawanna Bethley, Tenant (Defendant) 14DR001898** | **Civil** | **Magistrate Court of Fulton County, State of Georgia, Justice Center Tower, 185 Central Avenue, Atlanta, GA 30303** | **Judgment** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                        4

---

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Mt. Zion Missionary Baptist Church 15354 Eighth Avenue Phoenix, IL** | | **Various dates** | **Regular cash donations to Debtor's church of approximately $100/month, or $1200/year** |

---

**8. Losses**

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$10,000 of property damage to Debtor's Apartment Building Location: 11710 & 11712 St. Clair, Cleveland, OH** | **Frozen pipes at Debtor's Apartment Building. Insurer refused to pay loss claim.** | **November, 2013; January, 2014; March, 2014** |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alvin Foreman, Attorney at Law 10540 S. Western Ave., Ste. 501B Chicago, IL 60643** | **2/22/2014** | **$100.00** |
| **Alvin Foreman, Attorney at Law 10540 S. Western Ave., Ste. 501B Chicago, IL 60643** | **05/07/2014** | **$1,300.00 ($306.00 for court costs and $994.00 for balance of attorney fee)** |

---

B7 (Official Form 7) (04/13)

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GreenPath. Inc.**<br>**36500 Corporate Dr.**<br>**Farmington, MI 48331** | **05/08/2014** | **$40.00** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Hosanna Jones and Kerry Jones**<br>**1645 Downs Drive**<br>**Calumet City, IL 60409**<br>**Debtor and Debtor's spouse** | 10/23/2013 | **In an attempt to avoid bankruptcy, Debtor transferred title to her apartment building at 1645 Downs Drive, Calumet City, IL 60409 to Debtor and Debtor's spouse as tenants by the entireties in connection with Debtor's (unsuccessful) application for a mortgage loan supported by the more favorable credit score of Debtor's spouse. This transfer was also made to avoid probate upon Debtor's death.** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21126**<br>**Philadelphia, PA 19114**<br>**Creditor** | 01/09/2014 | **IRS filed a Notice of Federal Tax Lien in Cook County, IL against all property and rights to property of the Debtor** |
| **Illinois Title Loans, Inc.**<br>**473 Torrence Avenue**<br>**Calumet City, IL 60409**<br>**Creditor** | 02/14/2014 | **Debtor granted a security interest in her 2007 Toyota Camry in exchange for receiving a $4,000 title loan.** |
| **First Insurance Funding**<br>**450 Skokie Blvd**<br>**Northbrook, IL 60062**<br>**Creditor** | 02/19/2014 | **Debtor granted a security interest in her Endurance American Specialty property insurance policy in exchange for receiving a $3,509.60 secured loan to finance the premium due on said insurance policy.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **TD BANK USA/TARGETCREDIT PO BOX 673 Minneapolis, MN 55440** | **Credit card Account ending in 1572** | **$0 final balance.  Account closed 05/2013** |
| **ING District of Columbia Plan Mgr. PO Box 990070 Hartford, CT 06199-0070** | **DC 457 Deferred Compensation Plan Account ending in 6775** | **$0 final balance.  Closed 10/2013** |
| **John Hancock Life & Health Insurance Co Mutual Fund Operations John Hancock Signature Services, Inc. PO Box 55913 Boston, MA 02205** | **IRA account ending in 0143** | **$0 final balance.  Closed 10/2013** |
| **Navy Federal Credit Union PO Box 3000 Merrifield, VA 22119-3000** | **Checking account ending 8717** | **$0 final balance.  Closed 02/2014** |
| **Navy Federal Credit Union PO Box 3000 Merrifield, VA 22119-3000** | **Savings account ending 8105** | **$0 final balance.  Closed 10/2013** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **USAA Credit Card Services PO Box 65020 San Antonio, TX 78265-5020** | **05/08/2014 (estimated)** | **240.38** |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

7

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **130 M Street NE #1213**<br>**Washington, DC  20002** | **Hosanna Mahaley** | **2011-2013** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dovie Properties** | **Currently 76-0587475; Formerly 27-3239122** | **1200 Ring Rd. #1713 Calumet City, IL 60409** | **Dovie Properties is an assumed business name for the real estate management company owned jointly by Debtor and Debtor's spouse for the purpose of managing rental properties. Dovie Properties has no employees or office space separate from Debtor's home. The mailing address for Dovie Properties is a U.S. Postal Service mailbox located at 1200 Ring Road #1713, Calumet City, Illinois 60409.** | **2005 - present** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                     ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)                                                                                                  9

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Hosanna L. Jones** | **1200 Ring Road #1713**<br>**Calumet City, IL 60409** |
| **Kerry Jones** | **1200 Ring Road #1713**<br>**Calumet City, IL 60409** |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                           10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **May  8, 2014**                              Signature   **/s/ Hosanna L Jones**
                                                                  **Hosanna L Jones**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Hosanna L Jones__ _____    Case No. _____

Debtor(s)    Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Cook County Treasurer** | **Describe Property Securing Debt:**<br>**Apartment building in Cook County, IL.**<br>**PIN: 29-01-423-012-0000**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** |
| --- | --- |

Property will be (check one):

☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain __Retain, dispute tax assessment, and pay off tax arrearages over time.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Cuyahoga County Treasurer** | **Describe Property Securing Debt:**<br>**Apartment building in Cuyahoga County, Ohio.  Current value**<br>**of Debtor's interest in this parcel, without deducting any**<br>**secured claim or exemption is $58,000.  PPN: 110-02-003.**<br>**Location: 11710 St. Clair, Cleveland, OH  44108** |
| --- | --- |

Property will be (check one):

■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt        ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Cuyahoga County Treasurer** | **Describe Property Securing Debt:**<br>**Apartment building in Cuyahoga County, Ohio.  Current value of Debtor's interest in this parcel, without deducting any secured claim or exemption is $58,000.  PPN: 110-02-002.**<br>**Locations: 11712 St. Clair, Cleveland, OH  44108** |

Property will be (check one):

■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**First Insurance Funding** | **Describe Property Securing Debt:**<br>**Endurance American Specialty property insurance policy on Debtor's real estate located at 11710 - 11712 St. Clair, Cleveland, OH  44108**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** |

Property will be (check one):

☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **Debtor may cancel underlying insurance policy if she finds a cheaper replacement**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**Geauga Savings Bank** | **Describe Property Securing Debt:**<br>**Two apartment buildings in Cuyahoga County, Ohio.  PPNs:**<br>**110-02-003 and 110-02-002. Locations: 11710 St. Clair and**<br>**11712 St. Clair, Cleveland, OH  44108** |

Property will be (check one):
- ☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☒ Not claimed as exempt

| Property No. 6 | |
| --- | --- |
| **Creditor's Name:**<br>**Illinois Title Loans, Inc.** | **Describe Property Securing Debt:**<br>**2007 Toyota Camry with 184,782 miles in good condition**<br>**Location: 1645 Downs Drive, Calumet City IL 60409** |

Property will be (check one):
- ☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 7 | |
| --- | --- |
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**All property and rights to property of the Debtor pursuant to**<br>**Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien**<br>**is disputed because underlying tax debt is disputed in Tax**<br>**Court.** |

Property will be (check one):
- ☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other.  Explain  **Debtor intends to avoid underlying tax debt and lien in pending Tax Court case.**  (for example, avoid
lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☒ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**All property and rights to property of the Debtor pursuant to Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien is disputed because underlying tax debt is disputed in Tax Court.** |

Property will be (check one):

☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Debtor intends to avoid underlying tax debt and lien in pending Tax Court case._  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**All property and rights to property of the Debtor pursuant to Notice of Federal Tax Lien filed in Cook County, Illinois.  Lien is disputed because underlying tax debt has been satisfied.** |

Property will be (check one):

☐ Surrendered              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  _Debtor intends to retain the property subject to the federal tax lien for 2010_  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                               Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Ocwen Loan Servicing, LLC** | **Describe Property Securing Debt:**<br>**Single family home in Fulton County, Georgia.**<br>**Parcel ID #09C-1100-0043-102-8**<br>**Location: 3485 Davis Blvd., Atlanta, GA  30349** |

Property will be (check one):
&#9744; Surrendered                    &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9632; Other.  Explain  **Sell the property at a short sale, pending lender approval.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                              &#9744; Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Ocwen Loan Servicing, LLC** | **Describe Property Securing Debt:**<br>**Single family townhome in Cook County, IL.**<br>**PIN 20-02-106-048-0000**<br>**Location: 4001 S. Drexel Blvd., Chicago, IL  60653** |

Property will be (check one):
&#9632; Surrendered                    &#9744; Retained

If retaining the property, I intend to (check at least one):
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9744; Claimed as Exempt                              &#9632; Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**USAA Federal Savings Bank** | **Describe Property Securing Debt:**<br>**Single family townhome in Cook County, IL.**<br>**PIN 20-02-106-048-0000**<br>**Location: 4001 S. Drexel Blvd., Chicago, IL  60653** |

Property will be (check one):
&#9632; Surrendered                    &#9744; Retained

If retaining the property, I intend to (check at least one):
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9744; Claimed as Exempt                              &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 6

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**USAA Federal Savings Bank** | **Describe Property Securing Debt:**<br>**Single family home in Fulton County, Georgia.**<br>**Parcel ID #09C-1100-0043-102-8**<br>**Location: 3485 Davis Blvd., Atlanta, GA  30349** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  __Sell the property at a short sale, pending lender approval.__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**_I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease._**

Date  __May  8, 2014__                    Signature    __/s/ Hosanna L Jones__
                                                        **Hosanna L Jones**
                                                        Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hosanna L Jones** _____    Case No. _____

Debtor(s)              Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,094.00** |
| Prior to the filing of this statement I have received | $ | **1,094.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
      reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
      522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **May 8, 2014** _____       **/s/ Alvin M. Foreman** _____
                                          **Alvin M. Foreman 6255937**
                                          **Alvin Foreman, Attorney at Law**
                                          **10540 S. Western Ave., Ste. 501B**
                                          **Chicago, IL 60643**
                                          **773-429-0400  Fax: 773-429-0410**
                                          **alvin@alvinforeman.com**

---

# ALVIN FOREMAN

ATTORNEY & COUNSELOR AT LAW
BEVERLY PROFESSIONAL BUILDING
10540 SOUTH WESTERN AVENUE, SUITE 501B
CHICAGO, ILLINOIS 60643
TEL 773.429.0400 ◦ FAX 773.429.0410
WWW.ALVINFOREMAN.COM ◦ ALVIN@ALVINFOREMAN.COM

## Chapter 7 Bankruptcy Representation Agreement

This Agreement is executed by and between ALVIN FOREMAN (hereinafter referred to as "Attorney") and the following named individual(s) (hereinafter referred to as "Client", whether one or more individuals):

| | Client | Second Client (if Joint Filing) |
|---|---|---|
| Printed Name | Hosanna Jones | |
| Mailing Address | 1200 Ring Road #1713 Calumet City, IL 60409 | |
| Telephone Number | REDACTED | |
| Email Address | | |

The parties have reviewed Client's finances, are in agreement that filing for bankruptcy under Chapter 7 is the best solution for resolving Client's financial situation, and further agree as follows:

1.    **Services Provided.**  Attorney will provide the following services on Client's behalf in connection with filing Client's Chapter 7 case:

a.    Meet with Client to discuss Client's financial situation and possible solutions;

b.    Provide and explain to Client the following required legal notices (the "Bankruptcy Notices"):

i.    Sections 342(b) and 527(a) notice, which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13, the types of services available from credit counseling agencies, and the penalties of committing certain bankruptcy crimes, and the requirement of providing complete, accurate, and truthful information on your bankruptcy papers;

ii.    Section 527(b) notice of "Important Information About Bankruptcy Assistance Services From an Attorney";

Prospective Client Initial(s) _____

iii.   Section 527(c) notice of "Instructions Required To Be Provided To The Debtor";

c.   Prepare the necessary bankruptcy petition, schedules, statement of affairs, and other documents, and review and file the bankruptcy case under the chapter Client selects;

d.   Prepare for and go with Client to the Section 341 first meeting of creditors;

e.   Assist in the amendments to the papers filed and the production of such documents as the trustee requests;

f.   If Client decides to enter into a reaffirmation agreement[1] with a creditor, Attorney will file an appropriate motion and go to Court with Client so that the judge can decide whether approval of any reaffirmation agreement negotiated by Client with a creditor is proper. Although Attorney will appear in Court as Client's attorney, Client must come to Court and explain why Client thinks the reaffirmation agreement does not create an undue hardship and how Client will be able to make the payments. HOWEVER, ATTORNEY WILL NOT NEGOTIATE OR APPROVE A REAFFIRMATION AGREEMENT.

g.   There are some issues that Attorney cannot predict before filing. For instance, if Client misses the Section 341 first meeting of creditors or does not tell Attorney about a creditor, Attorney will have to reschedule and attend the meeting or file amended schedules. In this case, Attorney will do what he believes is necessary to protect Client's rights, and will bill Client for the additional work at the rate of $250.00 per hour and for any costs advanced by Attorney.   *1094.00 AMP*

2.   **Fees and Costs.** Attorney will charge Client a flat legal fee of ~~$894.~~00 for the services described hereinabove. In addition, Client agrees to pay all costs related to the filing of a Chapter 7 bankruptcy case, including, but not limited to the following:

a.   The fee of $306.00 charged by the Bankruptcy Court to file a Chapter 7 bankruptcy case.

b.   The cost of pre-filing consumer credit counseling, which is a prerequisite to filing for bankruptcy relief, and runs approximately $50.00 or less.

c.   The cost of a post-filing instructional course concerning personal financial management, which is a prerequisite to obtaining the discharge of debts in a Chapter 7 case. The amount of this fee is generally consistent with

---

[1] A reaffirmation agreement is a debtor's voluntary agreement to reinstate his/her personal obligation to pay a debt to a creditor that would otherwise be discharged in bankruptcy. In other words, if Client enters into a reaffirmation agreement, Client's bankruptcy discharge will not exist for this creditor. The creditor can then pursue Client if Client does not make the payments. The most common reason that debtors enter into reaffirmation agreements is to prevent an automobile repossession. Attorney generally thinks reaffirmation agreements are a bad idea because they impede Client's financial fresh start and Attorney does not approve them.

Prospective Client Initials _____

the pre-filing credit counseling fee of approximately $50.00 or less.

    d.    The cost of obtaining any consumer credit reports.

    e.    The cost of obtaining tax returns or tax transcripts directly from the taxing authorities or from any third-party provider.

    f.    The cost of obtaining copies of judgments, deeds, deeds of trust, title certificates, court papers, county tax records, and other similar documents.

    g.    The cost of obtaining appraisals or other estimates of value.

    h.    The cost of securing any prior court records from the federal courts' PACER system.

    i.    The cost of securing any other records or statements not otherwise produced by or available to Client.

    **3.**    **Payment Terms.**  If Client does not pay the entire amount due upon execution of this representation agreement, Client will pay Attorney an advance payment retainer of at least One Hundred Dollars ($100.00) toward the balance due under this Agreement in order for Attorney to open an office file for Client's case.  An "advance payment retainer" is a present payment from Client to Attorney, in exchange for Attorney's commitment to provide the legal services stated above. Attorney's ownership of this sum passes to Attorney immediately upon payment of Client's advance payment retainer, and therefore the funds will be deposited into Attorney's general account and will not be held in a client trust account.

After Attorney receives Client's advance payment retainer, Client may then make periodic installment payments toward the balance due under this Agreement at zero percent (0%) interest upon such terms as the parties agree.  The advance payment retainer will be applied to Attorney's final invoice for services to Client.  If the amount of advance payments made by Client during this engagement exceeds the amount of fees and expenses charged by Attorney during the course of this engagement, Attorney will make a payment to Client for the amount of such difference at the conclusion of Attorney's representation.

Before Attorney files Client's bankruptcy case, Client must pay Attorney the balance of the legal fee due under this Agreement plus the Bankruptcy Court filing fee.  All legal fees paid by Client to Attorney will be earned when received.  If Client pays any amounts due under this Agreement by personal check, Attorney will not file Client's case until after the check clears.  Client agrees that Client will not borrow money to pay any amounts owed under this representation agreement.  However, a family member or friend may give Client money to pay amounts due under this Agreement as a "no strings attached" gift.  In the event of such a gift, Client agrees to give the enclosed Gift Letter to the donor for completion, then sign and return it to Attorney.

    **3a.**    **Security Retainer Option Not Available.**  After consultation, Attorney and Client have determined that Client's interests in this matter are best served by the "advance payment retainer" described above.  The advantage to Client of the advance payment retainer is that it will allow Client to secure Attorney's services while defining and limiting Client's legal fees, thus providing Client with the assurance that the contemplated legal services will be performed in full at the pre-agreed flat legal fee stated above, plus any applicable costs.  Furthermore, the

Prospective Client Initial(s): _____/

advance payment retainer allows Client to protect the monies paid to Attorney from Client's creditors. Paying Attorney's legal fee in advance of filing Client's bankruptcy case allows Client to retain Attorney's bankruptcy services because Attorney is barred from collecting any unpaid fee amounts after Client's Chapter 7 bankruptcy case is filed.

Illinois law allows another type of retainer than the advance payment retainer, called a "security retainer", in which a client would prepay an amount which would remain client's property but that would be held in trust by the client's attorney until it is applied toward legal fees. However, for the reasons stated above, Attorney does not offer bankruptcy services under a security retainer arrangement.

**4.    Bankruptcy Notices.** Enclosed with this Agreement as separate documents, but included as part of this Agreement, are the Bankruptcy Notices described hereinabove. By signing this Agreement, Client acknowledges receipt of these notices.

**5.    Client Cooperation.** Client agrees to promptly inform Attorney of changes of Client's address, telephone number, or email address (if any), and to furnish all information necessary to enable Attorney to complete the papers that will be filed in Client's case and that such information will be complete, accurate, and truthful.

**6.    Failure to Pay.** If Client fails to provide the full amount due, as set out herein, Attorney will be relieved from the responsibility of performing any further work under this Agreement.

**7.    Failure to Cooperate.** Attorney may also be relieved of the responsibility to represent Client if Client fails to promptly inform Attorney of changes of Client's address, telephone number, and email address (if any) or fails to provide Attorney information or documents in time and with sufficient adequacy to enable Attorney to respond to any inquiry, or if Client does not appear at any court hearing. If these failings on Client's part occur after Attorney has filed Client's bankruptcy case, Attorney can only be relieved if the court allows Attorney's withdrawal. Client will receive notice of any motion and hearing on Attorney's desire to withdraw.

**8.    Complete Agreement.** This Agreement and the attached notices represent the complete agreement between the parties and may not be modified or replaced except by a subsequent written agreement executed by all parties.

**9.    Void Representation.** This representation shall be void if not executed by all parties and if Client fails to pay the retainer fee no later than five business days after the first date on which Attorney provides Client any bankruptcy assistance services.

*** THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK ***

Prospective Client Initial(s)____

**10.    NO OTHER SERVICES PROVIDED.** ANY OTHER SERVICES, SUCH AS ADVERSARY PROCEEDING REPRESENTATION, DEFENSE OF A COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT OR OF A UNITED STATES TRUSTEE MOTION TO CONVERT THIS CASE OR DISMISS IT AS AN ABUSIVE FILING, ARE NOT INCLUDED IN THIS AGREEMENT AND WILL BE PROVIDED ONLY THROUGH A SEPARATE REPRESENTATION AGREEMENT.

Dated: _2 - 2 2 / 2014_

_____
Attorney

Dated: _2 - 2 2 - 14_

_____
Client

Dated: _____

_____
Second Client (if joint filing)

Prospective Client Initial(s): ____/____

Page 5 of 5

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hosanna L Jones**                                              Case No.
_____                      _____
                                    Debtor(s)    Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Hosanna L Jones** | X | **/s/ Hosanna L Jones** | **May  8, 2014** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Hosanna L Jones** _____   Case No. _____
                                                 Debtor(s)       Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **73**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May  8, 2014** _____        **/s/ Hosanna L Jones** _____
                                                        **Hosanna L Jones**
                                                        Signature of Debtor

ACS
PO Box 7051
Utica, NY 13504-7501


ACS/ACCESS GRP
501 BLEECKER ST
Utica, NY 13501


ADT Security Services
Account Services Team
14200 E. Exposition Avenue
Aurora, CO 80012-2540


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154


AT&T Mobility - ROC
PO Box 537104
Atlanta, GA 30353-7104


Bank of America
PO Box 982235
El Paso, TX 79998-2235


Bank of America
PO BOX 982235
El Paso, TX 79998


Barclays Bank Delaware
PO Box 8802
Wilmington, DE 19899-8802


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206


CBE Group
PO Box 2547
Waterloo, IA 50704-2547


City of Cleveland Division of Water
PO Box 94540
Cleveland, OH 44101-4540

Club Wyndham
12 Wyndham Plus
PO Box 98940
Las Vegas, NV 89193-8940


Coast to Coast Financial Solutions
101 Hodencamp Rd, Suite 120
Thousand Oaks, CA 91360


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Convergent Outsourcing, Inc.
800 SW 39th St.
PO Box 9004
Renton, WA 98057


Cook County Treasurer
118 North Clark Street, Room 112
Chicago, IL 60602


Credit Collection Services
PO Box 9136
Needham Heights, MA 02494-9136


Cuyahoga County Treasurer
1219 Ontario Street
Cleveland, OH 44113


Cuyahoga Metro Housing Authority
8120 Kinsman Road
Cleveland, OH 44104-3101


D.C. Office of Tax and Revenue
1101 4th Street, SW, Suite 270 West
Washington, DC 20024


Dominion East Ohio
PO Box 26785
Richmond, VA 23261-6785


Drs. Pildes & Pierce
675 W North Ave  Suite 505
Melrose Park, IL 60160-1626

Encore Receivable Management Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3330


First Insurance Funding
450 Skokie Blvd
Northbrook, IL 60062


GE Capital Retail Bank
PO Box 960061
Orlando, FL 32896-0061


Geauga Savings Bank
10800 Kinsman Road
Newbury, OH 44065


GECRB/CARE CREDIT
C/O P O BOX 965036
Orlando, FL 32896


Georgia Department of Revenue
Processing Center
PO Box 740380
Atlanta, GA 30374-0380


Gottlieb Memorial Hospital
c/o Jill Rappis
2160 S. First Avenue
Maywood, IL 60153


Gottlieb Memorial Hospital
PO Box 99400
Louisville, KY 40269


Great Lakes
PO Box 530229
Atlanta, GA 30353-0229


Great Lakes Higer Education
PO Box 7860
Madison, WI 53707

Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179


HOME DEPOT/CITIBANK
PO BOX 6497
Sioux Falls, SD 57117


HRRG
PO Box 189053
Fort Lauderdale, FL 33318-9053


Illinois Department of Revenue
PO Box 1040
Galesburg, IL 61402-1040


Illinois Title Loans, Inc.
473 Torrence Avenue
Calumet City, IL 60409


Ingalls Memorial Hospital
PO Box 3397
Chicago, IL 60654


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114


JP Morgan Chase Bank
PO Box 659754
San Antonio, TX 78265


Kaiser Foundation Health Plan of OH
D/B/A Kaiser Permanente
1001 Lakeside Ave. #1200
Cleveland, OH 44114


Kerry Jones
1200 Ring Road #1713
Calumet City, IL 60409

MB Financial Bank
PO Box 6261
Chicago, IL 60680-6261


MB Financial Bank
6111 N RIVER RD
Des Plaines, IL 60018


Medicredit Corporation
PO Box 1629
Maryland Heights, MO 63043


Municipal Collections of America
3348 Ridge Road
Lansing, IL 60438-3112


Nationwide Credit & Collection, Inc
815 Commerce Dr., Suite 270
Oak Brook, IL 60523


Nationwide Recovery Service
545 W. Inman Street
Cleveland, TN 37311


Northeast Ohio Regional Sewer Dist.
PO Box 94550
Cleveland, OH 44101-4550


NY Dept of Taxation and Finance
State Processing Center
PO Box 61000
Albany, NY 12261-0001


OCWEN LOAN SERVICING LLC
3451 HAMMOND AVE
Waterloo, IA 50702


Ocwen Loan Servicing, LLC
PO Box 780
3951 Hammond Ave.
Waterloo, IA 50704-0780


Ocwen Loan Servicing, LLC
PO Box 24736
West Palm Beach, FL 33416-4736

Paige Mahaley
1200 Ring Road #1713
Calumet City, IL 60409


Prince - Parker & Assoc.
8625 Crown Crescent Court
PO Box 474690


Republic Services #224
PO Box 9001099


Republic Services, Inc.
8123 Jones Rd.
Cleveland, OH 44105


Rush University Medical Group
75 Remittance Dr  Dept 1611
Chicago, IL 60675-1611


Sallie Mae
PO Box 9655
Wilkes Barre, PA 18773-9655


Sullivan Urgent Aid Centers, Ltd.
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703


The Illuminating Company
PO Box 3638
Akron, OH 44309-3638


THE OUTSOURCE GROUP
3 CITYPLACE DR
Saint Louis, MO 63141


United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929


US DEPT. OF EDUCATION/GL
2401 INTERNATIONAL
POB 7859
Madison, WI 53704

```
USAA Credit Card Services
PO Box 65020
San Antonio, TX 78265-5020


USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-9876


USAA Federal Savings Bank
PO BOX 33009
San Antonio, TX 78265


USAA SAVINGS BANK
PO BOX 33009
San Antonio, TX 78265


USAA SAVINGS BANK
10750 MCDERMOTT
San Antonio, TX 78288


Walden Park Community Association
3885 Renaissance Circle
Atlanta, GA 30349


Wisconsin Dells Vacation OwnersAssn
c/o Wyndham Vacation Resorts, Inc.
PO Box 98940
Las Vegas, NV 89193-8940


Wisconsin Department of Revenue
P.O. Box 59
Madison, WI 53785-0001
```